# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

Bridget M. McCormack,
Chief Justice

161335

David F. Viviano,
Chief Justice Pro Tem

THOMAS J. O'BRIEN, JR.,
       Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 161335
COA: 347830
Oakland CC Family Division:
   2004-693882-DC

ANN MARIE D'ANNUNZIO,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the February 27, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

       The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether the trial court erred by entering a temporary order granting the appellee full-time parenting time pursuant to MCR 3.207(B) and suspending the appellant's parenting time without first conducting an evidentiary hearing, see MCL 722.27(1)(c); *Daly v Ward*, 501 Mich 897, 898 (2017), and if so, whether that error was harmless, see *Fletcher v Fletcher*, 447 Mich 871, 879 (1994); (2) whether the trial court palpably abused its discretion by granting the appellee sole legal and sole physical custody and by suspending the appellant's parenting time; and (3) whether the trial court's findings of fact are against the great weight of the evidence. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

       The Family Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk

b1021